**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01355-CV

## MORRISON FAMILY TRUST, KEN MORRISON, TRUSTEE, INDIVIDUALLY, STONECOAT OF TEXAS, LLC, STONECOAT, LP AND STONECOAT GP, LLC, Appellants

### V.

### PHILIPPE MERGAUX, Appellee

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-00790**

## ORDER

The reporter's record in this case is overdue. By postcard dated December 15, 2016, we notified the court reporter for the 116th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the reporter's record within thirty days.

By letter dated December 16, 2016, Court Reporter Renee Carroll responded to our late record notice and informed the Court that appellant had not requested the record or made payment arrangements for the reporter's record. On December 20, 2016, appellant filed a notice of request for reporter's record and agreement to pay costs. Attached to the notice are copies of a November 21, 2016 request for preparation of the reporter's record and a December 20, 2016

second request for preparation of the reporter's record.  Accordingly, we **ORDER** Renee Carroll to file the reporter's record in this case within **TWENTY DAYS** of the date of this order

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Renee Carroll, Official Court Reporter for the 116th Judicial District Court.

/s/    ELIZABETH LANG-MIERS
        JUSTICE